THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN HARNEY, individually, and as the personal representative of incapacitated person PAMELA HARNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLC FEDERAL WAY LH, LLC, d/b/a BROOKDALE FOUNDATION HOUSE, a Washington Limited Liability Company,<br><br>Defendant. | Case No. 2:24−cv−01844−JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES**<br><br>NOTE ON MOTION CALENDAR: JANUARY 9, 2025 |

Plaintiff Ryan Harney and Defendant BLC Federal Way LH, LLC, d/b/a Brookdale Foundation House ("Brookdale") jointly stipulate and request that the Court extend the Court's Initial Case Management Dates (dkt. # 10) until the Court rules on Brookdale's pending motion to compel arbitration ("Brookdale's Motion"). Brookdale's Motion is currently noted to be heard by the Court on January 15, 2025. Dkt. # 11.

Accordingly, the parties respectfully request that the Court enter the Proposed Order extending the initial case management deadlines as follows:

**FRCP 26(f) Conference Deadline**:   21 days after ruling on Brookdale's Motion

**Initial Disclosure Deadline:**   28 days after ruling on Brookdale's Motion

**Joint Status Report Due:**   35 days after ruling on Brookdale's Motion

STIPULATED MOTION AND ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES - 1
CASE NO. 2:24−cv−01844−JCC

122819.0126/9981863.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: January 9, 2025

BALLARD SPAHR LLP

By:   *s/ Carin A. Marney*
Carin A. Marney, WSBA No. 25132
Charles C. Huber, WSBA No. 18941
Jesse J. Flickinger, WSBA No. 59396

1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000

*Attorneys for Defendant BLC Federal Way LH, LLC, d/b/a Brookdale Foundation House*

EVERGREEN PERSONAL INJURY COUNSEL

By:   *s/ James W. McCormick*
James W. McCormick, WSBA No. 32898
Neil P. Stubbs, WSBA No. 56890

100 South 9th Street
Tacoma, WA 98402
Telephone: 253.472.6000

*Attorneys for Plaintiff*

I certify that this memorandum contains 119 words, in compliance with the Court's Local Civil Rules.

STIPULATED MOTION AND ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES - 2
CASE NO. 2:24−cv−01844−JCC

122819.0126/9981863.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Having considered the parties' Stipulated Motion for Extension of Initial Case Management Deadlines, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED; and

2. The Initial Case Management Dates are extended as follows:

**FRCP 26(f) Conference Deadline**: 21 days after ruling on Brookdale's Motion

**Initial Disclosure Deadline:** 28 days after ruling on Brookdale's Motion

**Joint Status Report Due:** 35 days after ruling on Brookdale's Motion

**IT IS SO ORDERED.**

DATED this ___10th__ day of January, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES - 3
CASE NO. 2:24−cv−01844−JCC

122819.0126/9981863.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107