THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN HARNEY, individually, and as the personal representative of incapacitated person PAMELA HARNEY,

Plaintiffs,

v.

BLC FEDERAL WAY LH LLC, d/b/a BROOKDALE FOUNDATION HOUSE,

Defendant.

CASE NO. C24-1844-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report regarding settlement, which the Court deems a stipulation for voluntary dismissal (Dkt. No. 23). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation is self-executing and this action is DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

//

//

MINUTE ORDER
C24-1844-JCC
PAGE - 1

DATED this 4th day of March 2024.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-1844-JCC
PAGE - 2